FILED
12/17/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **KIMBERLEY N. BRYANT,** **Plaintiff,** vs. **ANDREW SAUL, Commissioner of Social Security Administration,** **Defendant.** | NO.: CV-19-55-H-JTJ **ORDER** |

Based upon the foregoing Motion for Extension of Deadlines and good cause appearing therefore;

IT IS HEREBY ORDERED that the deadline for filing briefs is extended 30 days. Plaintiff's opening brief is now due on or before January 27, 2020. Defendant's response brief must be filed within 30 days after the plaintiff's brief is filed. Plaintiff's reply brief, if any, must be filed within 14 days after the defendant's brief is filed.

DATED this 17th day of December, 2019.

_____
John Johnston
United States Magistrate Judge