UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLEY N. BRYANT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. CV-19-055-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Bryant's Motion for Summary Judgment (Doc. 11) is GRANTED.

2. The Commissioner's final decision denying Plaintiff Bryant's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning April 15, 2013.

Dated this 6th day of April 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk