IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KIMBERLEY N. BRYANT,<br><br>       Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>       Defendant. | Civil No. 6:19-cv-00055-JTJ<br><br><br><br>ORDER |

For the reasons set forth in the parties' Stipulated Motion to Stay Proceedings, and good cause shown, the pending Motion for Contempt (ECF No. 22) is hereby stayed until Plaintiff moves to withdraw the Motion, no later than April 11, 2022.

IT IS SO ORDERED this 31st day of March, 2022.

_____
John Johnston
United States Magistrate Judge

Submitted by:

LEIF M. JOHNSON
United States Attorney

VICTORIA L. FRANCIS
Assistant United States Attorney

/s/ Shata L. Stucky
SHATA L. STUCKY
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2909

Page 2    ORDER - [6:19-cv-00055-JTJ]